This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**VIRGINIA BISSEY,**

     Plaintiff-Appellee,

v.                                         **No. 33,855**

**RONNIE MORRIS and LAURA MORRIS,
a/k/a LAURA BRITTON, HOWARD BRITTON,
TONY BRITTON and LAUREN ASHLEY
BRITTON, and ZANE MORRIS and his Wife SANDRA,**

     Defendants-Appellants,

and

**[The] Unknown Spouse [of Zane Morris], if any,
and All Unknown Persons Who May Claim a Lien,
Interest or Title Adverse to the Plaintiff,**

     Defendants.

**APPEAL FROM THE DISTRICT COURT OF LEA COUNTY
William G. Schoobridge, District Judge**

Max Houston Proctor Attorney at Law
Max Houston Proctor
Hobbs, NM

for Appellee

Ching Law Firm
Alexander B. Ching
Hobbs, NM

for Appellants

**MEMORANDUM OPINION**

**BUSTAMANTE, Judge.**

{1}	Summary affirmance was proposed for the reasons stated in the notice of proposed disposition. No memorandum opposing summary affirmance has been filed, and the time for doing so has expired.

{2}	Affirmed.

{3}	**IT IS SO ORDERED.**

       _____

**MICHAEL D. BUSTAMANTE, Judge**

**WE CONCUR:**

_____

**JAMES J. WECHSLER, Judge**

_____

**CYNTHIA A. FRY, Judge**